DANIEL C. SETTANI *v.* COMMISSIONER OF
MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 418 (AC 16911), is denied.

*Norman B. Teague,* in support of the petition.

*Robert L. Marconi,* assistant attorney general, in opposition.

Decided June 25, 1998

IN RE MARVIN M. ET AL.

The respondents' petition for certification for appeal from the Appellate Court, 48 Conn. App. 563 (AC 16942), is denied.

*Anthony A. Wallace,* in support of the petition.

*Stephen G. Vitelli,* assistant attorney general, in opposition.

Decided June 25, 1998

AMICA MUTUAL INSURANCE COMPANY *v.* DONNA
WOODS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 690 (AC 17150), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Samuel B. Feldman,* in support of the petition.

*Robert M. Fitzgerald,* in opposition.

Decided June 25, 1998